THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK and THE BOARD OF HEALTH OF THE CITY OF NEW YORK, Respondents.— Order modified by allowing an alternative mandamus, and as so modified affirmed. No opinion. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

LYMANSVILLE COMPANY, Respondent, v. FOREMAN & CLARK MANUFACTURING Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and O'Malley, JJ.; Finch and McAvoy, JJ., dissent.

MARY T. MEEHAN, Appellant, v. THOMAS J. MEEHAN, Respondent.— Orders reversed, with ten dollars costs and disbursements, and motion granted by allowing alimony at $100 a week and counsel fee of $500. No opinion. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

RICHARD J. MACKEY, Appellant, v. IRENE BORDONI, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

RICHARD J. MACKEY, Appellant, v. IRENE BORDONI, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

KERBER STRAW HAT CORPORATION, Appellant, v. JOHN WEBER, INC., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

GEORGE I. EID and SOPHIE EID, Appellants, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

HELEN M. GOREY, Appellant, Respondent, v. JOSEPH CHARLES GOREY, Respondent, Appellant.— Order modified by increasing the amount of alimony to be paid to plaintiff for her support and maintenance to the sum of $100 per week, and the amount of counsel fee to the sum of $500, and as so modified affirmed, with ten dollars costs and disbursements to the plaintiff. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

HELEN M. GOREY, Appellant, v. JOSEPH CHARLES GOREY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted to the extent of allowing $250 counsel fee and actual printing disbursements. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

HELEN M. GOREY, Appellant, v. JOSEPH CHARLES GOREY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted to the extent of directing that defendant pay as a reasonable allowance for the expense of taking the deposition of Emma Jones the amount necessary for the railroad fare of plaintiff's attorney to Rome, N. Y., and return, and not exceeding the sum of $100 for incidental expenses. No opinion. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of Supplementary Proceedings: ALBERT ULMANN and Others, Judgment Creditors, Appellants, v. MIKE H. THOMAS, Judgment Debtor. NEW YORK PRODUCE EXCHANGE, Respondent.— Order affirmed, with ten dollars costs